GRACE E. BAILEY, Respondent, v. THE L. B. VAN WAGENEN COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ARGINE BECHELLI, Respondent, against FELICE RECUPERO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOSEPH TANCRETO, Respondent, against ABEEL BROS., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of WILLIAM DECKER, Respondent, against MCCLELLAN & JUNKERSFIELD, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of KATHERINE A. HOERNER, Respondent, against MOUNT VERNON BUICK COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ZORA C. VAN TASSEL, Respondent, against DAVID REDMOND and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JACOB MORGAN, Respondent, against LIBRARY BUREAU and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no medical evidence to establish that the present condition of the claimant's leg is attributable to the accident of February 23, 1926. Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of HERMAN STRATTON, Respondent, against EMPIRE STATE WINE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of REUBEN ACEVES, Respondent, against GLOBE FUR DRESSING AND DYEING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the claimant against the employer and the insurance carrier. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.